USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 17, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| HELEN SHRUM, | |
| Plaintiff, | Case No.: 1:06-cv-00363 |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |
| SHIRLEY GRIZZLE, | |
| Plaintiff, | Case No.: 1:06-cv-00366 |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |
| PATSY CARTER, | |
| Plaintiff, | Case No.: 1:06-cv-00367 |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| JACQUELINE WILSON,<br><br>      Plaintiff,<br><br> v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | Case No.: 1:06-cv-00369 |
| LINDA WALLACE,<br><br>      Plaintiff,<br><br> v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | Case No.: 1:06-cv-00371 |
| GARY STEVENS,<br><br>      Plaintiff,<br><br> v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | Case No.: 1:06-cv-00374 |
| BURDETTE BURT,<br><br>      Plaintiff,<br><br> v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | Case No.: 06-cv-0368 |

| | |
|---|---|
| CAROL KING,<br><br>      Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | Case No.: 1:06-cv-01289 |
| GERALD WORTHINGTON,<br><br>      Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | Case No.: 1:06-cv-03132 |
| ALVIN MATHEWS,<br><br>      Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | Case No.: 1:06-cv-14186 |

## **ORDER TRANSFERRING CASES**

Following pre-trial proceedings in MDL 1760 in the United States District Court for the Middle District of Tennessee; and following remand of the above-captioned cases to this Court; and upon consent of the parties, it is hereby

3

ORDERED, that the above-captioned cases are hereby transferred, pursuant to 28 U.S.C. Section 1404(a), to the respective district courts set forth in the schedule below:

| Case Name | Case Number | Proposed Transferee Court |
|---|---|---|
| *Helen Shrum v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-00363 | Western District of Oklahoma |
| *Shirley Grizzle v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-00366 | Eastern District of Arkansas |
| *Patsy Carter v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-00367 | Eastern District of Arkansas |
| *Burdette Burt v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-00368 | District of North Dakota |
| *Jacqueline Wilson v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-00369 | Northern District of Texas |
| *Linda Wallace v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-00371 | Middle District of Pennsylvania |
| *Gary Stevens v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-00374 | District of Kansas |
| *Carol King v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-01289 | Northern District of Texas |
| *Gerald Worthington v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-03132 | Western District of Texas |
| *Alvin Mathews v. Novartis Pharmaceuticals Corp.* | SDNY 1:06-cv-14186 | Southern District of Ohio |

*The Clerk of the Southern District of New York shall mark these cases "Closed"*

Dated: September 17, 2012

John F. Keenan
United States District Judge

4